ANNA HELEN SILAKOSKI, petitioner-appellant,

*v.*

JOHN C. SILAKOSKI, defendant-respondent.

[Submitted May term, 1940.   Decided October 10th, 1940.]

*Mr. David I. Stepacoff,* for the petitioner-appellant.

*Mr. Stephen F. Somogyi,* for the defendant-respondent.

PER CURIAM.

The wife appeals from a decree dismissing her petition for divorce on the ground of extreme cruelty. The facts as found by the learned advisory master, who heard the testimony and observed the witnesses, find an abundance of support in the record before us. His conclusions were filed February 2d, 1940.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.